FILED
CLERK, U.S. DISTRICT COURT

NOV 2 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT CALVIN MASSEY, | ) |
| Petitioner, | ) Case No. CV 09-0061 JSL (AJW) |
| v. | ) |
| JAMES YATES, WARDEN, | ) ORDER ADOPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: 11/23/09

Spencer Letts
_____
J. Spencer Letts
Senior United States District Judge