FILED
CLERK, U.S. DISTRICT COURT
NOV 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT CALVIN MASSEY,<br><br>        Petitioner,<br><br>vs.<br><br>JAMES YATES, Warden,<br><br>        Respondent. | ) CV NO. 09-0061-JSL(AJW)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 11/23/09

/s/ Spencer Letts
_____
J. Spencer Letts
United States District Judge

1